James E. Cecchi
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

Steve W. Berman
Sean R. Matt
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 8th Avenue, Suite 3300
Seattle, Washington  98101
(206) 623-7292

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ULYANA LYNEVYCH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Action No. 16-881(JLL)(JAD)<br><br><br><br>**ORDER** |
| ADRIAN CLIVE ROBERTS, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant | Civil Action No.  16-1063(JLL)(JAD) |

| | |
|---|---|
| ANTHONY CAPUTO, *et al.* on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br>                              Defendant. | Civil Action No. 16-1934(JLL)(JAD) |
| HASSAN ZAVAREEI, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Civil Action No. 16-2272(JLL)(JAD) |

THIS MATTER HAVING been opened to the Court by Plaintiffs, and counsel for Defendant consenting hereto, and the Court having read the parties' papers, and good cause appearing,

IT IS THIS 5th day of May, 2016

ORDERED as follows:

1. The above-captioned actions involve substantially similar claims and allegations by Plaintiffs, on behalf of overlapping putative classes, against a common defendant, Mercedes-Benz USA, LLC. These actions, and any substantially similar cases subsequently filed in or transferred to this District, are to be consolidated for all purposes under Civil Action No. 16-881(JLL)(JAD) (collectively the "Consolidated Action"), and shall bear the following caption:

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881(JLL)(JAD) |

The foregoing consolidation is without prejudice to any party's position as to whether the actions should be consolidated for trial.

2. All papers filed in connection with the Consolidated Action need only be filed in Civil Action No. 16-881(JLL)(JAD).

3. Within twenty days of entry of this Order, Plaintiffs shall file a Consolidated Amended Complaint incorporating all claims and allegations that they intend to assert in the Consolidated Action. Any claims or allegations previously asserted in any of the individual complaints that are not included in the Consolidated Amended Complaint shall be deemed withdrawn.

4. This order vacates any case deadlines, hearing dates, case management or scheduling order, or other scheduled dates applicable to any action prior to the transfer to and consolidation with this Consolidated Action. Defendant's deadline to answer, move or otherwise respond to any complaint in any individual action is hereby suspended pending the filing of an amended complaint in the Consolidated Action. Defendant will file a response to the Consolidated Amended Complaint within 60 days of Plaintiffs' filing of the Consolidated Amended Complaint. The in-person status conference set for 5/10/16 at 3:00 p.m. will go forward as scheduled.

_____
JOSEPH A. DICKSON, U.S.M.J.